IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LONNIE JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL CASE NO. 2:22-cv-674-ECM |
| | ) |
| DEPARTMENT OF LABOR, | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM OPINION and ORDER**

On February 22, 2023, the Magistrate Judge entered a Recommendation (doc. 8) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, and the Complaint is DISMISSED without prejudice for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), failure to comply with the Court's order to amend the Complaint to establish a basis for subject matter jurisdiction and to meet the pleading requirements of the Federal Rules of Civil Procedure, and for failure to prosecute.

A separate Final Judgment will be entered.

DONE this 10th day of March, 2023.

                                         /s/ Emily C. Marks
                                  EMILY C. MARKS
                                  CHIEF UNITED STATES DISTRICT JUDGE